```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>       Plaintiffs, <br><br>       vs. <br><br> ADVANCE AIRE SYSTEMS, INC., a California corporation <br><br>       Defendant. | NO.  C 07 4533 MJJ <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL LOCAL 104 HEALTH CARE PLAN, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2. Settlement discussions have resulted in a substantial payment by the defendant. All that remains due is a small amount of contributions, interest, liquidated damages and costs. The defendant has agreed to pay a second installment in 30 days.

4. It is requested that the Court continue the Case Management Conference some thirty days hence.

5. Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for December 11, 2007 to January 22, 2008 to give plaintiffs time to effect service in this case, and give defendant time to respond to the complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 4, 2007 at San Francisco, California.

                                      /s/ Michael J. Carroll
                                        Michael J. Carroll