```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ADVANCE AIRE SYSTEMS, INC., a California corporation<br><br>                    Defendant. | NO.  C 07 4533 MJJ<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for December 11, 2007 be continued to January 22, 2008 at 2:00 p.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____          _____
                                 Honorable Martin J. Jenkins

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE