1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 BOARD OF TRUSTEES OF THE SHEET METAL )    NO.  C 07 4533 MJJ
   WORKERS, et al.,                    )
12                                     )    ORDER TO CONTINUE CASE
                       Plaintiffs,     )    MANAGEMENT CONFERENCE
13                                     )
             vs.                       )
14                                     )
   ADVANCE AIRE SYSTEMS, INC., a       )
15 California corporation              )
                                       )
16                     Defendant.      )
   _____)
17
             IT IS ORDERED that the Case Management Conference in this
18
   case set for December 11, 2007 be continued to **February 5**, 2008 at
19
   2:00 p.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San
20
   Francisco, CA.
21
   Dated:_____12/07/07_____           _____
22                                             Honorable Martin J. Jenkins
23
24
25
26
27
28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE