```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE AIRE SYSTEMS, INC., a California corporation<br><br>Defendant. | NO. C 07 4533 MJJ<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for February 5, 2008 at 2:00 p.m. in Courtroom No. 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    January 31, 2008

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL